IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID GIDDINGS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CAUSE NO. 1:20-cv-1887 |
| HERITAGE AUTOMOTIVE GROUP, INC., | ) ) ) |
| Defendant. | ) |

**COMPLAINT FOR DAMAGES**

Plaintiff, David Giddings, for his Complaint against Defendant, Heritage Automotive Group, Inc. ("Heritage"), states the following:

**I. Parties**

1. Plaintiff is a resident of Marion County, Indiana.

2. Defendant, Heritage, is a business located in Shelbyville, Indiana.

**II. Jurisdiction and Venue**

3. This court has jurisdiction to hear this claim pursuant to 28 U.S.C. §1331, in that the claims arise under the laws of the United States. Specifically, Plaintiff brings this action to enforce his rights under the FLSA.

4. This court has jurisdiction to hear these state claims pursuant to the court's supplemental jurisdiction under 28 U.S.C. §1367.

5. Venue in the Southern District of Indiana, Indianapolis Division, is appropriate by virtue Defendant doing business in this District.

### III.  Factual Allegations

6. Plaintiff began working for Defendant on January 1, 2018.

7. Plaintiff was a salesman for Defendant.

8. Plaintiff was a sales commissions only.

8. Defendant paid Plaintiff on a weekly basis.

9. Defendant did not pay Plaintiff at least minimum wages for all hours worked in a workweek.

10. Plaintiff voluntarily separated his employment with Defendant.

11. Plaintiff quit his employment with Defendant on December 31, 2020.

12. Defendant willfully failed to pay Plaintiff at least minimum wages for all hours worked in a workweek.

13. Defendant does not a have good faith reason for its failure to pay Plaintiff at least minimum wages for all hours worked.

### III.  Cause of Action

#### Count I
#### Failure to Wages
#### Pursuant to the Wage Payment Statute, Ind. Code §22-2-5 *et. seq.*

14. Plaintiff incorporates paragraphs 1 through 13 by reference herein.

15. Plaintiff was an employee of Defendant pursuant to the Wage Payment Statute.

16. Defendant was an employer pursuant to the Wage Payment Statute.

17. Defendant did not have a good faith reason for failing to pay Plaintiff at least minimum wages.

18. Defendant failed to pay Plaintiff his wages in the correct amount.

19. Defendant failed to pay Plaintiff his wages in a timely fashion.

20. Plaintiff has been damaged by Defendant's violations of the Wage Payment Statute.

WHEREFORE, Plaintiff prays that the Court enter a Judgment in favor of Plaintiff and against Defendant in an amount to compensate Plaintiff, liquidated damages, prejudgment interest, attorney fees, costs of this action, and for all other relief which is just and proper in the premises.

Respectfully submitted,

WELDY LAW

/s/Ronald E. Weldy
Ronald E. Weldy, #22571-49

### Count II
### Failure to Pay Minimum Wages
### Pursuant to the FLSA, 29 U.S.C. §201 *et. seq.*

21. Plaintiff incorporates paragraphs 1 through 20 by reference herein.

22. Plaintiff was an employee of Defendant pursuant to the FLSA.

23. Plaintiff's work for Defendant involved interstate commerce.

24. Defendant is an employer pursuant to the FLSA.

25. Defendant had gross revenues of at least $500,000.00 for the 2017 calendar year.

26. Defendant's violations of the FLSA have damaged Plaintiff.

WHEREFORE, Plaintiff prays that the Court enter a Judgment in favor of Plaintiff and against Defendant in an amount to compensate Plaintiff, liquidated damages, prejudgment interest, attorney fees, costs of this action, and for all other relief which is just and proper in the premises.

Respectfully submitted,

WELDY LAW

/s/Ronald E. Weldy
Ronald E. Weldy, #22571-49

## IV.  Jury Demand

27. Plaintiff incorporates paragraphs 1 through 26 by reference herein.

28. Plaintiff demands a trial by jury.

          Respectfully submitted,

          WELDY LAW

          /s/Ronald E. Weldy
          Ronald E. Weldy, #22571-49
          Counsel for Plaintiff,
          David Giddings

Weldy Law
8383 Craig Street
Suite 330
Indianapolis, IN 46250
Tel: (317) 842-6600
Fax: (317) 288-4013
E-mail: rweldy@weldylegal.com